

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.: 09-cr-00014-01 |
| VERSUS | JUDGE DEE D. DRELL |
| COLUMBUS MOORE | MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendations are correct under the applicable law;

IT IS ORDERED that Moore's motion to vacate, set aside or correct sentence (Doc. 85) is DENIED.

THUS DONE AND SIGNED at Alexandria, Louisiana on this 8th day of February, 2012.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE